703 A.2d 704

**Raymond and Rebecca O'HARA, Petitioners,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF MOTOR VEHICLES, Respondent.**

Supreme Court of Pennsylvania.

Dec. 4, 1997.

J. Michael Ruttle, Newtown, for Petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 4th day of December, 1997, the Petition for Allowance of Appeal is hereby GRANTED, but LIMITED TO:

Whether the unilateral determination of an automobile insurer can be exalted to the status of a judicial decision which cannot be collaterally attacked in an appeal from a decision of the Pennsylvania Department of Transportation?

It is further ordered that this matter is consolidated with *Horvath v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Motor Vehicles*, 549 Pa. 173, 700 A.2d 1263 (1997).